```
             IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF GEORGIA
                       ATHENS DIVISION
```

DAVID TAYLOR,                           *

       Plaintiff,                  *

vs.                                     *
                                         CASE NO. 3:09-CV-41 (CDL)
MICHAEL J. ASTRUE, Commissioner         *
of Social Security,
                                     *

       Defendant
_____         *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 3, 2009 is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 7th day of October, 2009.

                                                        S/Clay D. Land
                                                          CLAY D. LAND
                                           UNITED STATES DISTRICT JUDGE